IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID A. ANDERSON**                                                           **PETITIONER**

v.                           **NO. 4:21-cv-00563 BRW**

**DEXTER PAYNE, Director of the**                         **RESPONDENT**
**Arkansas Division of Correction**

ORDER

I have received findings and a recommendation (Doc. No. 23) from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the timely objections, and a de novo review of the record, I approve and adopt the findings and recommendation in all respects.

Petitioner's writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner is DISMISSED, as is his supplemental petition. All pending motions are DENIED AS MOOT (Doc. Nos. 6, 8, 17, 18, 20, 21, 22), all requested relief is denied, and judgment will be entered for respondent Dexter Payne.

In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is also denied because Petitioner cannot make a "substantial showing of the denial of a constitutional right." See 28 U.S.C. 2253(c)(2).

IT IS SO ORDERED this 10th day of September, 2021.

                                                    Billy Roy Wilson
                                                    UNITED STATES DISTRICT JUDGE