IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID A. ANDERSON**                                                                                           **PETITIONER**

v.                                            **NO. 4:21-cv-00563 BRW**

**DEXTER PAYNE, Director of the**                                                          **RESPONDENT**
**Arkansas Division of Correction**

<u>JUDGMENT</u>

Consistent with the Order entered today, judgment is entered for respondent Dexter Payne.

IT IS SO ORDERED this 10th day of September, 2021.


<u>Billy Roy Wilson</u>
UNITED STATES DISTRICT JUDGE